UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No: 0:11-cv-61115-JIC

ACCESS 4 ALL, INC. a Florida
not for profit corporation and
JOE HOUSTON, Individually

      Plaintiffs,

vs.

TSA STORES, INC.

      Defendant.

_____/

## NOTICE OF SETTLEMENT

      Defendant, TSA Stores, Inc., file this Notice of Settlement of the above-captioned action. This case has been amicably settled between the parties. The parties anticipate filing a Joint Stipulation of Dismissal with Prejudice in the next two weeks.

Date: July 14, 2011           Respectfully submitted,


By:   s/Steven A. Siegel_____
      Steven A. Siegel
      Fla. Bar No. 497274
      ssiegel@laborlawyers.com
      FISHER & PHILLIPS LLP
      450 East Las Olas Boulevard
      Suite 800
      Fort Lauderdale, FL 33301
      Telephone (954) 525-4800
      Facsimile (954) 525-8739

      *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **July  14, 2011**, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Steven A. Siegel\
Steven A. Siegel\
Fla. Bar No. 497274\
ssiegel@laborlawyers.com\
FISHER & PHILLIPS LLP\
450 East Las Olas Boulevard\
Suite 800\
Fort Lauderdale, FL 33301\
Telephone (954) 525-4800\
Facsimile (954) 525-8739

*Attorneys for Defendant*

**<u>SERVICE LIST</u>**
**ACCESS 4 ALL, INC. AND JOE HOUSTON V. TSA STORES, INC.**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 11-61115-CV-COHN/SELTZER**

Philip Michael Cullen, Esquire
Cullen@thomasbaconlaw.com
Thomas B. Bacon, P.A.
621 South Federal Highway
Suite 4
Fort Lauderdale, FL 33301
Telephone (954) 462-0600
Facsimile (954) 462-1717

*Attorney for Plaintiffs*

Steven A. Siegel
ssiegel@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys For Defendant*