UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-61115-COHN/SELTZER

ACCESS 4 ALL, INC., a Florida
not for profit corporation, and,
JOE HOUSTON, individually,

    Plaintiffs,

v.

TSA STORES, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 16] ("Joint Stipulation").  The Court has reviewed the Joint Stipulation, the docket in the case, and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Complaint [DE 1] is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs.  The Clerk shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of July, 2011.

_____
JAMES I. COHN
United States District Judge